UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRA KUC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LION BIOTECHNOLOGIES, INC., MANISH SINGH, MICHAEL HANDELMAN, and ELMA HAWKINS<br><br>Defendants. | No. 3:17-cv-02188-SI<br><br>**[PROPOSED] ORDER OF DISMISSAL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Susan Illston |

WHEREAS, the above-captioned action, *Kuc v. Lion Biotechnologies, Inc. et al.*, 3:17-cv-02188-SI ("*Kuc*"), filed in the United States District Court for the Northern District of California on April 19, 2017, is a putative securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired common shares of Lion Biotechnologies, Inc. between November 14, 2013 and April 10, 2017, seeking to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (Dkt. No. 1 at ¶ 1);

WHEREAS, on April 14, 2017, prior to the filing of the *Kuc* action, a substantially similar action was filed in the United States District Court for the Northern District of California, under style of *Desilvio v. Lion Biotechnologies, Inc. et al.*, 3:17-cv-02086-SI ("*Desilvio*"), alleging identical claims against the same Defendants, on behalf of the same putative class described in the *Kuc* action (*Desilvio* Dkt. No. 1 at ¶ 1);

WHEREAS, the *Desilvio* action remains pending;

WHEREAS, no Defendant in the *Kuc* action has served an answer or motion for summary judgment; and

WHEREAS, due to the pendency of the *Desilvio* action, dismissal of the *Kuc* action will not prejudice members of the class described in the two actions;

IT IS HEREBY ORDERED THAT:

The *Kuc* action is dismissed without prejudice as to all Defendants.

**SO ORDERED.**


Dated: _____, 2017
San Francisco, California

_____
Honorable Susan Illston
United States District Judge
Northern District of California